# In the United States Court of Federal Claims

David Andrew Dell )
_____ )
  )
_____ )
                Plaintiff(s), ) Case No. __20-500 C__
  )
v. ) Judge _____
  )
THE UNITED STATES, )
  )
                Defendant. )
_____ )

## **COMPLAINT**

Your complaint must be clearly handwritten or typewritten, and you must sign and declare under penalty of perjury that the facts are correct. If you need additional space, you may use another blank page.

If you intend to proceed without the prepayment of filing fees (*in forma pauperis* (IFP)), pursuant to 28 U.S.C. § 1915, you must file along with your complaint an application to proceed IFP.

1. **JURISDICTION.** State the grounds for filing this case in the United States Court of Federal Claims. The United States Court of Federal Claims has limited jurisdiction (*see e.g.,* 28 U.S.C. §§ 1491-1509).

See Second Amendment constitutional right to an individual to keep and bear arms

See Section 1520a. Restrictions on use of human subjects for testing of chemical or biological agents
~~50 U.S. Code § 1520a~~

See Eighth Amendment in the Constitution "no one shall be subjected to torture or to cruel, inhuman or degrading treatment or punishment". appear in Article 5 of the Universal Declaration of Human Rights adopted by the United ~~Nations General Assembly also found in Article 16 of the convention against torture and other cruel, inhuman or~~ degrading treatment or punishment

See Federal Tort Claims Act - Negligence

See Breach of Contract

~~See Tort of Defamation and Reputation~~

See - Attorney for additional grounds for filing this case in the United States Court of Federal Claims

## 2. PARTIES

Plaintiff, __David Andrew Dell__, resides at __4110 Tree Summit Parkway__
(Street Address)

__Duluth, Georgia, 30096__, __770-527-8062__
(City, State, ZIP Code)    (Telephone Number)

If more than one plaintiff, provide the same information for each plaintiff below.
Plaintiff has and uses the name David Barbie to cover up irregularities.
Please reference social media and websites:
Instagram: TheDavidBarbie Twitter: TheDavdBarbie

Website: www.DavidBarbie.com Facebook: David Dell & David Dell Realty

**RELATED CASES.** Is this case directly related to any pending or previously filed cases in the United States Court of Federal Claims?   ◯ Yes  ☑ No

If yes, please list the case(s) below, including case number(s):

## 3. STATEMENT OF THE CLAIM.
State as briefly as possible the facts of your case. Describe how the United States is involved. You must state exactly what the United States did, or failed to do, that has caused you to initiate this legal action. Be as specific as possible and use additional paper as necessary.

United States has failed to provide resources. United States have failed to hold businesses accountable for acts of cruel and unusual punishment.
United States have failed to enforce the rules of the FCC and radio airways.
United States have promoted acts of cruel and unusual punishment to conspire business activity and decisions.
United States has neglected my individual rights as an American born citizen.
~~United States has dissolved my constitutional right to an individual to keep and bear arms~~
United States created a barrier for my right to an attorney and/or right to counsel

**4. RELIEF.** Briefly state exactly what you want the court to do for you.

Investigate and procure documents to business related issues involved with David Andrew Dell. I (David Andrew Dell)have been targeted directly and indirectly in various fashions . I want to procure and safeguard my decisions as they happen and to fulfil a prosperous life. I want the courts to establish new laws and also provide me restitution. Life is as short as you make it so please understand I want to live a long life and I want my human rights that I qualify for under the various business ventures I have engaged in and that of the constitution. ~~I want the court to safeguard my business ideas Blue Print and Theme Park. I want Blue Print and Theme Park to be~~ patented, copyrighted, and titled in my name David Andrew Dell.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __16__ day of __April__, __2020__.
         (day)            (month)           (year)

_____
Signature of Plaintiff(s)